**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS HERNANDEZ, | NO. CV 13-4060-JVS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| D. LONG (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition For Writ Of Habeas Corpus Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 10, 2013 .

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE